≋JS 44 (Rev 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Gail Becnel, Carl Becnel, and David Becnel

## DEFENDANTS
See Attached Exhibit A

(b) County of Residence of First Listed Plaintiff: Jefferson Parish, LA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES USE THE LOCATION OF THE LAND INVOLVED

(c) Attorney's (Firm Name, Address, and Telephone Number)
Cameron Waddell, Leblanc & Waddell, 6955 Perkins Rd., B.R. LA 70808
225-768-7222

Attorneys (If Known)
See Attached Exhibit A

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☒ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. IS 1442
Brief description of cause:
Federal Officer Removal

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 05/23/2008
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG JUDGE _____

Case 3:08-cv-00315-FJP-DLD   Document 1-2   05/23/08   Page 1 of 4

CIVIL COVER SHEET EXHIBIT A

Gail Becnel, et al v. Anco Insulations, Inc , et al

| Party | Counsel |
|---|---|
| Plaintiffs, Gail Becnel, Carl Becnel and David Becnel | Cameron R. Waddell<br>Joey E. Anderman<br>Jo Ann Lea<br>Christopher C. Colley<br>Jason K. Placke<br>Christopher J. Corzo<br>LeBLANC & WADDELL, LLP<br>6955 Perkins Road<br>Suite 100<br>Baton Rouge, LA 70808<br>Telephone: (225) 768-7222<br>Toll Free 800-988-3514<br>Facsimile: (225) 768-7999 |
| Northrop Grumman Ship Systems, Inc. (formerly Avondale Shipyards, Inc.) | Brian Bossier<br>Edwin A. Ellinghausen, III<br>Blue Williams, LLP<br>3421 North Causeway Boulevard, 9th Floor<br>Metairie, LA 70002-3733<br>Telephone: (504) 831-4090<br>Facsimile: (504) 849-4091 |
| American Motorists Insurance Company | Brian Bossier<br>Edwin A. Ellinghausen, III<br>Blue Williams, LLP<br>3421 North Causeway Boulevard, 9th Floor<br>Metairie, LA 70002-3733<br>Telephone: (504) 831-4090<br>Facsimile: (504) 849-4091 |
| Anco Insulations, Inc | Margaret Joffe<br>DEUTSCH, KERRIGAN & STILES<br>755 Magazine Street<br>New Orleans, LA 70130<br>Telephone: (504) 581-5141<br>Facsimile: (504) 593-0724 |
| Commercial Union Insurance Company | Samuel M. Rosamond, III<br>Adam D. deMahy<br>Crawford Lewis, PLLC<br>400 Poydras Street, Suite 2100<br>New Orleans, LA 70130-3282<br>Telephone: (504) 568-1933<br>Facsimile: (504) 568-9699 |

| Party | Counsel |
|---|---|
| Eagle, Inc. | Susan Kohn<br>Simon, Peragine, Smith & Redfearn, LLP<br>1100 Poydras St., Ste 3000<br>New Orleans, LA 70163-1129<br>Telephone: 569-2030<br>Facsimile: (504) 569-2999 |
| Highlands Insurance Company | Unknown |
| Hopeman Brothers | Blaine Moore<br>DUNCAN, COURINGTON & RYDBERG, L.L.C.<br>400 Poydras St., Ste. 1200<br>New Orleans, LA 70130<br>Telephone: (504) 524-5566<br>Facsimile: (504) 524-9003 |
| The McCarty Corporation | Susan Kohn<br>Simon, Peragine, Smith & Redfearn, LLP<br>1100 Poydras St., Ste 3000<br>New Orleans, LA 70163-1129<br>Telephone: 569-2030<br>Facsimile: (504) 569-2999 |
| Owens-Illinois, Inc. | R. Dean Church<br>Forrest Ren Wilkes<br>Forman, Perry, Watkins Krutz & Tardy, LLP<br>1515 Poydras Street, Suite 1300<br>New Orleans, LA 70112-4519<br>Telephone: (504) 799-4383<br>Facsimile: (504) 799-4384 |
| Reilly-Benton Company, Inc. | R. Mark Willingham<br>Beason & Willingham<br>808 Travis, Suite 1608<br>Houston, TX 770025<br>Telephone: (713) 333-7600<br>Facsimile: (713) 333-7601 |
| Riley Power, Inc. | Theodore White<br>DEUTSCH, KERRIGAN & STILES<br>755 Magazine Street<br>New Orleans, LA 70130<br>Telephone: (504) 581-5141<br>Facsimile: (504) 593-0724 |

| Party | Counsel |
|---|---|
| The Travelers Insurance Company | Gordon P. Wilson, La. Bar No. 20426<br>Halima N. Smith, La. Bar No. 28233<br>Lugenbuhl, Wheaton, Peck, Rankin & Hubbard<br>601 Poydras Street, Suite 2775<br>New Orleans, LA 70130<br>Telephone: (504) 568-1990<br>Facsimile: (504) 310-9195 |
| Viacom, Inc. (f/k/a CBS Corporation f/k/a Westinghouse Electric Corporation) | Michelle Crosby<br>JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, L.L.P<br>Four United Plaza<br>8555 United Plaza Boulevard<br>Baton Rouge, LA 70809<br>Telephone: (225) 248-2000<br>Facsimile: (225) 248-2010 |